**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JOHN LEE GORE

Plaintiff,

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Harbor Freight Tools
ERIC SMIDT, Chairman +
CEO,

Defendant

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.     Parties in this complaint:**

A.     List your name, address and telephone number. Do the same for any additional  plaintiffs named. Attach
additional sheets of paper as necessary.

| Plaintiff | | |
|---|---|---|
| | Name | John Lee Gore |
| | Street Address | 814 Southard St. Apt. 2A |
| | County, City | Trenton, |
| | State & Zip Code | New Jersey 08638 |
| | Telephone Number | (609) 470 - 8955 |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _ERIC SMIDT_

Street Address _1550 N. Olden Ave_

County, City _Trenton_

State & Zip Code _New Jersey 08638_

Defendant No. 2

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions            ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff     ☐ U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Accident happened in Pennsylvania, the defective tool that caused the accident were purchased in the State of NJ, and manufactured in California_

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? 815 Whellen street, Philadelphia, Pa.

B.    What date and approximate time did the events giving rise to your claim(s) occur? May 13, 2022, between 1:00 pm – 3:00 pm

C.    Facts: Purchased defective hand drill from Defendant

[What happened to you?]

On may 12, 2022, Plaintiff Purchased a New electrical hand drill from Harbor Freight Tool store at 1550 N. Olden Ave. Trenton, NJ 08638 and on may 13, 2022 plaintiff attempted to use the drill and on First attempt the drill literally exploded in Plaintiff hand.

[Who did what?]

[Was anyone else involved?]

No one Else Involved

[Who else saw what happened?]

No one Else, Plaintiff work alone on that Particular Job For Home owner

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I received Injury to my right hand No broken bones, but excessive swelling. I Immediately drove the 28 miles back to Trenton, NJ, to the Capitol Hospital in my home city and was Treated (See Hospital Report attched as exhibit #1) and thereafter I was recommended for follow up at ROTHMAN ORTHOPAEDICS, Pennington, NJ OFFICE Patient #: John Gore 7339870

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Plaintiff Seek 100% medical bills to be Paid by the Defendant

Plaintiff Seek $1,000,000.00 for Injury to hand, ARM and the Nerve damage the Cause Constant Pain and lost of Proper Use of Right hand and Right Sholder.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **18** day of _September_____, 20 **23** .

9/25/2023

Signature of Plaintiff  _John Lee Gore_

Mailing Address  _814 Southard St. Apt. 2A_

_Trenton, NJ  08638_

Telephone Number  _(609) 470 - 8955_

Fax Number *(if you have one)*  _____

E-mail Address  _____

Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff:  _John Lee Gore_

## CERTIFICATION OF SERVICE

I, _John Lee Gore_____, certify that a copy of my motion was served
(Name of Moving Party)
by _Regular U.S. mail_____ on _September A 2023_ upon: _9/18/2023_
(Mail, Personal Service, etc.)                     (Date)

_9/25/2023_

_Eric Smidt_____
(Name of Opposing Party)

_1550 North Olden Ave_
_Ewing Twp. NJ_____
_08638_____
(Address of Opposing Party)


_John Lee Gore_____
Name (Signature)