IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

RECEIVED
MAY 17 2024
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

| | |
|---|---|
| JOHN LEE GORE | Civil Action |
| Plaintiff, | Case No: 3:23-20776 (RK) (RLS) |
| v. | **MOTION FOR JUDGMENT ON THE PLEADINGS** |
| HARBOR FREIGHT TOOLS | Fed. R. Civ. P. 12(c) |
| ERIC SMIDT, CHAIRMAN & CEO, | |
| Defendants. | |

Comes Now, JOHN LEE GORE, Plaintiff in the above caption matter, whom will, Pursuant to Fed. R. Civ. P. 12(c) move this Honorable Court for Judgment on the Pleadings.

The basis of Plaintiff's Complaint, is that Plaintiff was Injured by an electrical drill manufactured by Defendant, and sold to Plaintiff from one of Defendant's retail stores. These undisputable allegation is ripe for Judicial adjudication under Fed. R. Civ. P. 12(c) because allegation not in dispute. **Wherefore,** Fed. R. Civ. P 12(c) requires a ruling in the Plaintiff's favor.

The evidence presented by Plaintiff, unequivocally establishes the injury from the electrical drill prevented Plaintiff from completing the

1

Contract at location of accident, **815 W. Whelen Street, Philadelphia Pa. 19141**, as well as other contractual jobs in light of injury.

Wherefore, Plaintiff respectfully ask this Honorable Court to examine the Complaint, and supporting documents and grant the following relief.

## REQUEST JUDICIAL RESOLUTION

The jurisdictional monetary amount in this Civil action is $75,000.00, and the Monetary amount demanded of Defendants is $300,000.00, Plaintiff respectfully ask this Honorable Court, to consider the following facts and render monetary Judgment between $75,000.00 and the sum of $300,000.00 demanded by Plaintiff:

1. Lost of Income

2. Extent of Injury

3. Medical bills/past and future

4. Pain and suffering/duration thereof.

Plaintiff ask the Court to require Defendants to be responsible for all past and furure medical bills. Plaintiff so pray.

Respectfully Submitted

_John Lee Gore_ (Pro se)
John Lee Gore/Pro se

Original

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN LEE GORE ) | Case No. 3: 23-cv-20776-RK-RLS |
| Plaintiff, ) | Re: Judgment on Pleadings |
| ) | Fed. R. Civ. P. 12(c) |
| v. ) | **PROOF OF SERVICE** |
| ) | |
| HARBOR FREIGHT TOOLS ) | |
| ERIC SMIDT, CHAIRMAN & ) | **RECEIVED** |
| CEO, ) | |
| Defendants. ) | MAY 17 2024 |
| ) | AT 8:30_____M |
| | CLERK, U.S. DISTRICT COURT - DNJ |

**Clerk of Court:**

Please be advised, I JOHN LEE GORE, Plaintiff in the above caption matter did perfect proof of service of MOTION FOR JUDGMENT ON THE PLEADING upon Attorney for Defendants: Ms. Anna Esposito of **Clyde & CO. U.S. LLP,** at 340 Mt. Kemble Avenue, Suite 300, Morristown, NJ 07960. Said process perfected by Regular U.S. Mail on May 15, 2024.

Respectfully Submitted

John Lee Gore/Pro se

1