

June 13, 2024

**VIA ECF**

Hon. Robert Kirsh, U.S.D.J.
United States District Court
District of New Jesey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Clyde & Co US LLP
The Chrysler Building
405 Lexington Avenue
16th Floor
New York, New York 10174
United States
Telephone: +1 212 710 3900
Facsimile: +1 212 710 3950
www.clydeco.com

jeffrey.fegan@clydeco.us
Direct Line: +1 212 710 3931

Re:   John Lee Gore v. Harbor Freight Tools, et al.
      Docket No. 3:23-cv-20776-RK-RLS
      Our File No. 10636570

Honorable Judge Kirsch:

My office represents defendants with respect to this case. As the Court is aware, the defendants in this matter had made a motion to dismiss, which is currently returnable on July 1, 2024. We are pleased to report that this matter has settled with respect to all parties and claims, and as such the defendants request that the motion be withdrawn as moot.

Best regards,

Jeffrey C. Fegan

CC: John Lee Gore (via ecf)

SO ORDERED

Robert Kirsch, U.S.D.J.
Date: 6/17/24

Clyde & Co US LLP is a Delaware limited liability partnership with offices in
Atlanta, Chicago, Denver, Las Vegas, Los Angeles, Miami, New Jersey, New York, Orange County, Phoenix,
San Francisco and Washington D.C.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales.